**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**VIRGINIA MCKINNE BROOKS**                                                                 **PLAINTIFF**

**VERSUS**                                                            **CIVIL ACTION NO. 4:04CV291-P-B**

**NORTHWEST AIRLINES CORP.,**
**NORTHWEST AIRLINES, INC. AND**
**MEMPHIS AIRPORT AUTHORITY;**
**MEMPHIS INTERNATIONAL AIRPORT**                                                  **DEFENDANTS**

**ORDER**

This cause is before the Court on defendant Memphis-Shelby County Airport Authority's Motion for Stay [33]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant Northwest Airlines filed a voluntary Bankruptcy Petition pursuant to Chapter 11 of the United States Bankruptcy Code on September 14, 2005. Northwest Airlines is, accordingly, entitled to an automatic stay pursuant to the United States Bankruptcy Code, 11 U.S.C. § 362(a)(1). Memphis Airport seeks a stay of all proceedings based on the fact that plaintiff's complaint alleges joint and several liability as against Northwest Airlines and Memphis Airport. Plaintiff has filed no response in opposition to the instant motion. In the interest of judicial efficiency, the Court finds that the plaintiff's motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion for Stay [33] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this cause should be, and hereby is, STAYED until further Order of the Court. IT IS FURTHER

ORDERED that the parties are to notify this Court within ten (10) days of the entry of any Order by the Bankruptcy Court which lifts the automatic stay applicable to Northwest Airlines.

SO ORDERED, this the 10th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE