IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VIRGINIA MCKINNE BROOKS

VS.                                              CIVIL ACTION NO. 4:04CV291-WAP-DAS

NORTHWEST AIRLINES, INC., ET AL.

## ORDER

This matter is before the Court on counsel for the plaintiff's response to an order entered imposing sanctions for his failure to attend the case management conference held before the Court on October 16, 2008.  In his response, counsel explained to the Court that he had communicated with the Court following surgery, and this Court told him the conference would be rescheduled.  Unfortunately, the Court failed to reschedule, and thus, based on the mistake made by this office, the Court orders that the order imposing sanctions will be withdrawn.  The Court also notes that defense counsel responded, asking also that the Court withdraw its previous order.

IT IS THEREFORE ORDERED that the previous order entered October 16, 2008 imposing sanctions on plaintiff's counsel is hereby withdrawn.

SO ORDERED, this the 27th day of October 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE