IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VIRGINIA MCKINNE BROOKS

VS.                                         CIVIL ACTION NO. 4:04CV291-WAP-DAS

NORTHWEST AIRLINES, INC., ET AL.

**ORDER**

This matter is before the court on Plaintiff's Motion (#93) to Reconsider Order (#92) denying Plaintiff's Motion to Amend/Correct Complaint. After considering the motion and the response thereto, the court finds as follows:

Under Rule 59(e) of the Federal Rules of Civil Procedure, an order may be reconsidered in cases in where: (1) there is a need to correct a manifest error of law or fact; (2) the movant uncovered new evidence that was reasonably unknown prior to entry of the order in question; or (3) an intervening change in controlling law occurred. *Schiller v. Physicians Resource Group, Inc.*, 342 F.3d 563, 567 (5th Cir. 2003).

With the present motion, the plaintiff simply repeats the arguments made in her previous motion. The plaintiff does not refer to any manifest error of law or fact, nor does she point to "new evidence" presented that was reasonably unknown prior to the court's order. Finally, the court is not aware of any intervening change in controlling law since the court's order was issued.

Accordingly, the plaintiff's motion to reconsider (# 93) shall be DENIED.

SO ORDERED, this the 27th day of August 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE