# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**VIRGINIA MCKINNE BROOKS**                                                         **PLAINTIFF**

**VERSUS**                                                            **CIVIL ACTION NO. 4:04CV291-P-S**

**NORTHWEST AIRLINES, INC., et al**                                          **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Appeal from Order of Magistrate Judge [103]. The Court, having reviewed the application, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the issues raised in plaintiff's appeal from the magistrate's August 14, 2009 Order denying plaintiff leave to amend her complaint do not leave this Court with a definite and firm conviction that "a mistake has been committed." As it is not evident that the magistrate's order was clearly erroneous or contrary to law, the magistrate's decision should be affirmed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the magistrate's August 14, 2009 Order should be, and hereby is, AFFIRMED.

SO ORDERED, this the 22nd day of September, 2009.

                                                                             /s/ W. Allen Pepper, Jr.
                                                                             W. ALLEN PEPPER, JR.
                                                                             UNITED STATES DISTRICT JUDGE