**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**VIRGINIA MCKINNE BROOKS**                                                                       **PLAINTIFF**

**VERSUS**                                                            **CIVIL ACTION NO. 4:04CV291-P-S**

**NORTHWEST AIRLINES, INC., et al**                                                        **DEFENDANTS**

**FINAL JUDGMENT**

This cause came on for hearing on defendants' Motion(s) for Summary Judgment ([50] and [53]). The Court, having considered the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Orders entered contemporaneously herewith, the Court finds that the defendants' motions are well-taken and should be sustained for the reasons set forth therein.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion(s) for Summary Judgment ([50] and [53]) are well-taken and should be, and hereby are, GRANTED. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 23rd day of September, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE